UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DRAGON QUEST PRODUCTIONS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:12-CV-597 |
| ) | |
| DOES 1-100, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT DOE, OWNER OF IP ADDRESS

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as Doe number 85, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 66.85.237.188.

**DATED**: February 12, 2013

> Respectfully submitted,
> LAW OFFICE OF VAN R. IRION
> By: /s/Van R. Irion
> Van R. Irion
> 9040 Executive Park Drive, Suite 200
> Knoxville, TN 37923
> (865) 809-1505 (telephone)
> van@irionlaw.com (email)
> Attorney for the Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system.        /s/Van R. Irion