

**To:** United States District Court for the Eastern District of Tennessee At Knoxville

**From:** Anonymous

**Date:** 2/19/2013

**Re:** Court Case: Dragon Quest Productions v. Does 1-100, Court Case No. 3:12-cv-00597, **IP Number: 81**

---

**To whom it may concern:**

I have received notification that your office has issued an order compelling Charter to disclose my identifying information relating to my Charter Account. I am contacting you today to file an opposition to the order, as I am seeking legal counsel at this time.

● Page 1

# fax transmittal

| TO: | United States District Court, Eastern Tennessee |
|---|---|
| Name: | |
| Fax #: | (865) 545-4086 |
| Phone #: | |
| | |
| FROM: | |
| Name: | |
| Fax #: | |
| Phone #: | |
| | |
| Date: | February 19, 2013 |
| | |
| Subject: | Objection |
| Pages: | 2 (including cover sheet) |

NOTES:

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED ONLY FOR THE USE BY THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE AUTHORIZED RECIPIENT IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY UNLESS REQUIRED TO DO SO BY LAW OR REGULATION AND IS REQUIRED TO PROTECT THE INFORMATION FROM ALL UNAUTHORIZED ACCESS.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND ARRANGE FOR THE RETURN OR DESTRUCTION OF THESE DOCUMENTS.