UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DRAGON QUEST PRODUCTIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:12-CV-597 |
| | ) (VARLAN/GUYTON) |
| Does 1-100, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On August 31, 2013, the Honorable H. Bruce Guyton, United States Magistrate Judge, filed an 11-page Report and Recommendation (R&R) [Doc. 24] in which he recommended that Does 3, 7 and 81's motions to quash subpoenas be granted; Magistrate Judge Guyton further recommended that Plaintiff's claims against Does 2-100 be dismissed, without prejudice, for improper joinder.

There being no timely objection by Plaintiff, *see* 28 U.S.C. § 636(b)(1), and the Court being in complete agreement with the Magistrate Judge, the R&R is hereby **ACCEPTED IN WHOLE.** Accordingly,

**IT IS HEREBY ORDERED**:

1. The motions to quash or modify subpoenas and/or sever filed by Does 3,7 and 81 [Docs. 9, 10, 11] are **GRANTED.**

2. All claims, other than the claim of Plaintiff against Doe 1 are **DISMISSED, without prejudice,** to allow refiling of claims against Does 2-100 in individual cases.

3. Any refiled cases against Does 2-100 shall be filed in the appropriate division of the Eastern District of Tennessee.

4. Plaintiff shall serve Doe 1 within **thirty (30) days** of entry of this Memorandum and Order.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 3:12-cv-00597-TAV-HBG   Document 19   Filed 09/09/13   Page 2 of 2   PageID #: 152